ORIGINAL



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAY 1 4 1998

NANCY DOHERTY, CLERK

By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PRINCE JOHNSON, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Case No. 3:94-CV-0991-X |
| | § | |
| CITY OF DALLAS, et al, | § | |
| | § | |
| Defendants. | § | |

ENTERED ON DOCKET
5-15-98 PURSUANT
TO F. R. C. P: RULES
58 AND 79a

## ORDER OF DISMISSAL

Pursuant to the ruling of the U.S. Court of Appeals for the Fifth Circuit on August 23,

1995, this case is hereby DISMISSED with prejudice in its entirety.

SO ORDERED this __14th__ day of May, 1998.

_____
Joe Kendall
U.S. District Judge

104